EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI #1528
First Assistant U.S. Attorney

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 07 2003

at 3 o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. |
|---|---|---|
| Plaintiff, | ) | CR03 00226 HG |
| vs. | ) | INDICTMENT |
|  | ) | [18 U.S.C. §§1993(a)(6)&(7)] |
| KELLEY MARIE FERGUSON, | ) |  |
| Defendant. | ) |  |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about April 22, 2003, KELLEY MARIE FERGUSON, the Defendant, did convey false information, knowing the information to be false, concerning an attempt being made, or alleged attempt being made or to be made, to commit an act with the intent to

cause death to passengers and employees of a mass transportation provider engaged in and affecting foreign commerce, to wit: the cruise ship "Legend of the Seas", while said ship was in route from Ensenada, Mexico to Hilo, Hawaii.

All in violation of Title 18, United States Code, Sections 1993(a)(6) & (7).

## COUNT 2

The Grand Jury further charges:

On or about April 23, 2003, KELLEY MARIE FERGUSON, the Defendant, did convey false information, knowing the information to be false, concerning an attempt being made, or alleged attempt being made or to be made, to commit an act with the intent to cause death to passengers and employees of a mass transportation provider engaged in and affecting foreign commerce, to wit: the cruise ship "Legend of the Seas", while said ship was in route from Ensenada, Mexico to Hilo, Hawaii.

//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Sections 1993(a)(6) & (7).

DATED: May 7, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

---

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney